# EXHIBIT "A"

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs)*: Candice P. Warren
**Home Phone** *(Incl. Area Code)*: [redacted]
**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: Millennium Hotels & Resorts d/b/a Millennium Knickerbocker Chicago
**No. Employees, Members**: 400+
**Phone No.**: (312) 751-8100
**Street Address**: 163 E. Walton Place
**City, State and ZIP Code**: Chicago, IL 60611

**DISCRIMINATION BASED ON:**
☒ RACE ☒ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 5/2021   Latest:
☒ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I was hired as a front desk agent at Millennium Knickerbocker Chicago Hotel in May of 2017. I was promoted to assistant front office manager before I took a front office manager position at another hotel in December of 2019. I returned to Millennium Knickerbocker Chicago Hotel when I was offered a front office manager position in April of 2021.

I began to suffer discrimination shortly after I started when I learned that the director of engineering was actively trying to get me fired. He and several other employees in the engineering department have made several demeaning comments toward me and my African-American employees for simply doing our jobs. However, these comments are not made regarding the night manager, Scott, who is a Caucasian man, despite the fact that he has several no-call, no-shows and a history of coming to work intoxicated. When I tried to address the threats of termination with Director of Engineering Mike, General Manager Benedict Ng and Human Resources Representative Hilda Arana, Mike got very aggressive and accused me of lying. Hilda said that she would get my written statement and investigate. However, Hilda never did get my written statement and two days later, Mike informed me that the investigation had been closed because Scott had retracted his statement. I later learned that Scott had retracted his statement about Mike telling him of his plan to get me fired because Scott did not want to risk losing his job due to his history of failing to show up to work without calling off and showing up to

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01 / 17 / 2022
*Date*                  *Charging Party Signature* (signed: Candice Warren)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (5/01)

Doc ID: 9757d47961cc9472133a240f942c7c2a0b422291

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

__Illinois Department Of Human Rights__ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

work intoxicated, for which he is typically not disciplined.

I became a foster mom on June 3, 2021. I spoke to Hilda in HR about taking a few days off to get my children settled but she said that I did not qualify for FMLA. When the caseworker handling my children's foster and adoption informed me that I should qualify for FMLA, I asked Hilda again if I qualified, but she continued to tell me that I did not. When one of my children began to have health issues around August of 2021, I asked Hilda for the HR corporate contact so that I could get more specific information on the reason for my FMLA denial. Hilda gave me the the contact for the third party vendor that handles FMLA approvals. When I spoke with the third party contact, they informed me that I would have qualified for FMLA covered leave since June so I applied at the end of September and was approved on October 1, 2021. Hilda continued to give me a hard time about my FMLA approved leave but she did not treat any non-African-American employees this way.

I hired two African-American women (Destiny and Chiquita) and then one Caucasian man (William) to fill front desk agent positions in or around September of 2021. The African-American women have been treated less favorably than their Caucasian male coworker since they started. Hilda in HR would ask William whether he was happy in his position, whether he felt he needed anything, such as additional training, and would check in with him each time she came past the front desk, but she never spoke directly to the Destiny or Chiquita, even when they were standing right next to William. At one point, instead of talking to Chiquita since she was working, Hilda called William at home to ask about his experience working with the night manager due to allegations that the night manager had been coming to work intoxicated. The engineering staff began treating the African-American women poorly and making demeaning comments about me and the African-American women I oversee to the Caucasian man that I oversee such as telling him that we shouldn't make him "slave" at the desk and that he needs to "represent the Caucasian men". In December, Mike from engineering stormed up to the desk and began yelling at one of the African-American women while she was trying to help several guests and manage several phone calls during a system outage because he was angry that she had put him on hold to take care of the guests. When I asked Mike to apologize to her for his inappropriate behavior, he agreed to apologize, turned to her and said "I'm sorry for yelling" and then immediately turned to me and said, "Did you look at the cameras? She wasn't doing shit!". He was being so aggressive and inappropriate that I had to walk him out after asking him to leave. Since this was not the first time Mike had yelled at the African-American women that I oversaw, I informed GM Benedict and HR Rep Hilda about these issues between December 5th and 7th, 2021 and requested a meeting regarding the issues. I received an email from one of my African-American employees on December 10, 2021 while I was off of work about racist comments she overheard the engineering staff make to her Caucasian male coworker. I then got an email from my Caucasian male employee about the incident on December 11, 2021 because it made him uncomfortable. I forwarded his email to GM Benedict and HR Representative Hilda and again requested a meeting. During our meeting on December 13, 2021, the Caucasian men that had been harassing the African-American women said that they only felt comfortable going to a Caucasian man about their issues. Nothing has been done to protect me or my African-American employees from the hostile work environment that we are being subjected to.

Thus, I am filing this Charge of Discrimination because I have been discriminated against on the basis of my race (African-American) and my sex (female), retaliated for making complaints of discrimination, and subjected to a hostile work environment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>01 / 17 / 2022<br>*Date*   *Charging Party Signature* [signature: Candice Mann] | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (5/01)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.